STATE of Missouri, Respondent,

v.

Dominic LACASTRO, Defendant/Appellant.

No. ED 73425.

Missouri Court of Appeals, Eastern District, Division Four.

Dec. 22, 1998.

Amy M. Bartholow, Columbia, for appellant.

John Munson Morris III, Kevin F. Hennessey, Jefferson City, for respondent.

Before MARY K. HOFF, P.J., GARY M. GAERTNER, J., and MARY RHODES RUSSELL, J.

*ORDER*

PER CURIAM.

Defendant[1] appeals from the judgment entered on a jury verdict finding him guilty of driving while intoxicated in violation of section 577.010 RSMo 1994; operating a motor vehicle without a valid license in violation of section 302.020 RSMo (Supp.1995); improper passing on the right in violation of section 304.016 RSMo 1994; and failure to yield to

1. Defendant's name is spelled several different ways throughout the proceedings. We refer to defendant by the name on his Notice of Appeal.

an emergency vehicle in violation of section 304.022 RSMo (Supp.1995).

Defendant was sentenced, respectively, to five years imprisonment, fifteen days in jail and a $50 fine, fifteen days in jail, and a $100 fine. The trial court ordered the terms of confinement to run concurrently with each other and consecutively to a previously imposed prison term.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 30.25(b).